# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| KAMAIYO BULLINS, | ) | |
|---|---|---|
| Plaintiff, | ) | Civil Action No. 16-1048 |
| v. | ) | Judge Cathy Bissoon |
| | ) | Chief Magistrate Judge Maureen P. Kelly |
| BYUNGAK JIN, *et al.*, | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case has been referred to Chief Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On January 16, 2018, the Magistrate Judge issued a Report (Doc. 98) recommending that the D.O.C. Defendants' Motion to Dismiss (Doc. 79) be granted, and that the Medical Defendants' Motion to Dismiss (Docs. 77) be granted in part and denied in part, as described in the Report. Service of the Report and Recommendation was made, and Plaintiff has filed Objections. *See* Doc. 103.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

The Medical Defendants' Motion (**Doc. 77**) is **GRANTED IN PART** and **DENIED IN PART**, as follows: for Count I, the Motion is granted as to Dr. Lehman and Wexford, and denied as to Dr. Jin; for Count II, the Motion is granted as to Dr. Lehman, Dr. Jin and Wexford; and for Count III, the Motion is denied as to Dr. Jin. Additionally, the D.O.C. Defendants' Motion to Dismiss (**Doc. 79**) is **GRANTED**, and those Defendants are terminated

as parties to this lawsuit. Finally, the Magistrate Judge's Report and Recommendation (Doc. 98) hereby is adopted as the Opinion of the District Court.

    IT IS SO ORDERED.


March 6, 2018                                               s\Cathy Bissoon
                                                                               Cathy Bissoon
                                                                               United States District Judge

cc (via First-Class, U.S. Mail):

Kamaiyo Bullins
MK 8789
SCI Greene
175 Progress Drive
Waynesburg, PA  15370


cc (via ECF email notification):

All Counsel of Record